UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re COPELAND.

Case No. 26-cv-00869-HSG

**ORDER ADMINISTRATIVELY CLOSING CASE AS FILED IN ERROR; DIRECTIONS TO CLERK**

On or about January 28, 2026, the Court docketed a civil rights complaint from Plaintiff without a case number. Dkt. No. 1. The complaint was accompanied by an application to proceed *in forma pauperis*. Dkt. No. 2. The Court opened a civil rights action under the above-captioned case number. Dkt. No. 1. The Court has reviewed the complaint and it appears that Plaintiff intended to file this complaint in C No. 24-cv-05228 HSG, *Copeland v. San Benito County Corrections Bureau Facility Staff and Medical Staff* ("*Copeland I*"). In the complaint, Plaintiff states that he fell down a flight of stairs due to staff leaving garbage on the landing, and that the fall caused horrific and painful injuries, acute chronic mental trauma, PTSD, anxiety, depression, inability to see out of his left eye, and neck injuries that require surgery. In *Copeland I*, Plaintiff also complained of slipping on garbage and falling down several stairs, resulting in severe damage to his head, neck, and back; mental trauma; and diminished vision in his left eye. *Copeland I*, Dkt. No. 1 at 3. Furthermore, in the complaint in this case, Plaintiff indicates that he is seeking to reopen his prior case:

//

//

//

I already had a case stated but was so traumatized I was unable to reach out due to my fear of being retaliated against.
I was given the impression this was a possible senario (sic). Mental health and meds as well as suport (sic) from loved ones is helping me to come forward again. Please help me figure out how to move forward.
Please find my case number Im (sic) competent to move forward and no longer intimidated

Dkt. No. 1 at 1-2.

The Clerk of the Court is therefore directed to administratively close this action as opened in error. The Clerk is directed to docket Dkt. Nos. 1 and 2 in C No. 24-cv-05228 HSG, *Copeland I*, with a filed date of January 28, 2026. Because the action was opened in error, no filing fee is due.

**IT IS SO ORDERED.**

Dated:   3/13/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2